MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN McBRAYER,              )
                             )
     Plaintiff,              )
                             )
vs.                          ) No.
                             )
WFS FINANCIAL INC.           )
a foreign corporation,       )
                             )
     Defendant.              )
_____)  JURY DEMANDED

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.   The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, *defamation*.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant WFS Financial, Inc., is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. Plaintiff is a police officer.

7. In 2000 Plaintiff purchased a new Nissan Altima.

8. Approximately two (2) years later Plaintiff ran into financial difficulties due to huge medical debts incurred by his family.

9. Plaintiff advised Defendant of the foregoing and voluntarily turned the vehicle in.

10. Plaintiff agreed to be responsible for the remaining balance on the vehicle once it was sold at auction.

11. Defendant set up a payment plan with Plaintiff of approximately $150.00 per month.

12. Defendant then put Plaintiff in contact with American Home Loans to pay off the entire amount by refinancing his home.

2

13. Defendant promised Plaintiff that were he to refinance with American Home Loans his account would be updated to reflect paid in full without any negative information.

14. Plaintiff did what he was asked and refinanced his home paying Defendant over $9,000.00.

15. In return, Defendant again promised to update Plaintiff's tradeline to reflect payment in full without any negative information.

16. However, Defendant failed to update Plaintiff's profile notwithstanding Defendant's <u>repeated promises</u> to correct the tradeline and remove all negative information.

17. After repeated requests, Defendant provided Plaintiff with its February 26, 2004, letter indicating that as of August 12, 2003, Plaintiff's tradeline with Defendant was paid in full (Exhibit 1).

18. On January 6, 2006, Plaintiff disputed Defendant's reporting (Exhibits 2 and 3).

19. Plaintiff's disputes were conveyed to Defendant.

20. However, Defendant continues to report its account as a charge-off (Exhibits 4 and 5).

21. All Defendant had to do to honor its agreement with Plaintiff was submit an instruction containing the appropriate account status code pursuant to Metro 2 formatting.

22. Instead, once paid Defendant indifferently allowed adverse information to remain on Plaintiff's profile notwithstanding repeated promises to the contrary.

23. Defendant was under no obligation to retain the adverse information. See FCRA § 1681c, FTC § 605; item 4.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

STATEMENT OF CLAIM AS AGAINST DEFENDANT

24. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;
    b) punitive damages;
    c) attorney's fees; and
    d) costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

**WFS FINANCIAL**

PO Box 51470
Ontario, Ca. 91761
February 26, 2004

Kevin McBrayer
1350 W Dale Way
Pahrump, NV 89060

Re: Account # 8880109348

Dear Mr./Mrs./Ms. Kevin McBrayer,

As of 8/12/03, the above referenced account was Paid in full. This will be reported as "Paid" to all three major credit reporting agencies involved.

If you have any further questions regarding this account, please feel free to contact me at (800) 752-8533.ext 26051.

Sincerely,

*Rochelle Garner*

Rochelle Garner
Loan Service Counselor
Email address: rochelle_garner@wfsfinancial.com

**EXHIBIT 1**

January 6, 2006

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

EXPERIAN
ATTENTION: NCAC
701 Experian Parkway
Allen, TX 75013

    Re: KEVIN T. McBRAYER- Credit Dispute

Dear Sir:

    This letter is a dispute. I enclose an excerpt from my recent credit profile.

    I provide my personal information: Spouse: Lisa; current address: 1350 W. Dale Way, Pahrump, NV 89060; previous address: 4300 W. Wilson Road, Pahrump, NV 89048; SSN:        -7660; date of birth: 1970.

    Please update your reporting of the bracketed WFS Financial tradeline to reflect paid, as reflected in the enclosed WFS Financial letter dated February 26, 2004.

    Thank you.

                      KEVIN T. McBRAYER

Enclosure

**EXHIBIT 2**

# experian

**Prepared for**
KEVIN MCBRAYER

**Report number**
3871857920

**Report date**
November 04, 2005

www.experian.com/disputes

Page 1 of 12

```
||.||...||||..||..||..||.|.|..|||||.|.||||..||.|.|||...|||.|||..|
**************  MIXED AADC 683
0004456  2 MB 0.534 L 633 *
KEVIN MCBRAYER
1350 DALE WAY
PAHRUMP NV 89060-3283
||..|.|.|.||....||.||....||..|.||.|..||.|.|.|.||....||..|
```

## Your personal credit report

### Potentially negative items or items for further review
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances
Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history
We list anyone that has reviewed your credit information in the last two years.

### Personal information
This information is reported to us by you, your creditors and other sources.

### Other Experian credit management tools

### Score report
Order your Experian PLUS score report by calling 1 888 322 5583.

### Credit Manager
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

### About Experian
Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Before contacting us, you should carefully review this report.

### Disputing information in your report
If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*
**www.experian.com/disputes**

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

014623183    L-633-04456-0106070



Prepared for
KEVIN MCBRAYER

Report number
3871857920

Report date
November 04, 2005

www.experian.com/disputes
Call 1 800 509 8495

Page 3 of 12

## Potentially negative items or items for further review continued

| | Date opened / Reported since | Date of status / Last reported | Type / Terms / Monthly payment | Responsibility | Credit limit or original amount / High balance | Recent balance | Status / Account history |
|---|---|---|---|---|---|---|---|
| **CRESCENT JEWELERS**<br>315 11TH ST<br>OAKLAND CA 94607<br>Partial account number<br>5028202.... | Sep 1998<br>Sep 1998 | Oct 2002<br>Oct 2002 | Installment<br>24 Months<br>NA | Individual | Unknown<br>NA | NA | Status: Paid,Closed/Current, was past due 30 days.<br>Account history:<br>30 days as of May 2000<br>Creditor's statement: "Account closed at credit grantor's request." |
| **LITTON LOAN SERVICING**<br>4828 LOOP CENTRAL DR<br>HOUSTON TX 77081<br>Partial account number<br>0000000001507.... | Aug 2003<br>Aug 2004 | Sep 2005<br>Sep 2005 | Mortgage<br>30 Years<br>$940 | Joint with LISA MCBRAYER | $92,650<br>NA | $91,337 as of Sep 2005 | Status: Open/Current, was past due 30 days.<br>Account history:<br>30 days as of Aug 2005, Feb 2005, Jan 2005 |
| **TNB - TARGET**<br>PO BOX 9745<br>MINNEAPOLIS MN 55440<br>Partial account number<br>92506086....<br>See History of account balances for additional information. | Nov 2001<br>Apr 2003 | Jul 2005<br>Oct 2005 | Revolving<br>NA<br>$20 | Individual | $200<br>$227 | $120 as of Oct 2005 | Status: Open/Current, was past due 30 days.<br>Account history:<br>30 days as of Jun 2005, Jun 2004, Jan 2004 |
| **WFS FINANCIAL**<br>PO BOX 19657<br>IRVINE CA 92623<br>Partial account number<br>51888010.... | Nov 1999<br>Jan 2000 | Mar 2004<br>Mar 2004 | Installment<br>72 Months<br>NA | Individual | $22,252<br>NA | NA | Status: Paid,Closed/Account charged off. $9,248 written off.<br>Account history:<br>Charge Off as of Mar 2003 to Feb 2004, Jan 2003, Dec 2002, Oct 2002, Jul 2002 to Sep 2002<br>Repossession as of Jun 2002<br>30 days as of May 2002 |



PO Box 51470
Ontario, Ca. 91761
February 26, 2004

Kevin McBrayer
1350 W Dale Way
Pahrump, NV 89060

Re: Account # 8880109348

Dear Mr./Mrs./Ms. Kevin McBrayer,

As of 8/12/03, the above referenced account was Paid in full. This will be reported as "Paid" to all three major credit reporting agencies involved.

If you have any further questions regarding this account, please feel free to contact me at (800) 752-8533.ext 26051.

Sincerely,

Rochelle Garner
Loan Service Counselor
Email address: rochelle_garner@wfsfinancial.com

January 6, 2006

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

TRANS UNION CORPORATION
P.O. Box 2000
Chester, PA  19016

      Re:  KEVIN T. McBRAYER- Credit Dispute

Dear Sir:

      This letter is a dispute.  I enclose an excerpt from my recent credit profile.

      I provide my personal information:  Spouse: Lisa; current address: 1350 W. Dale Way, Pahrump, NV 89060; previous address: 4300 W. Wilson Road, Pahrump, NV 89048; SSN:          -7660; date of birth:  1970.

      Please update your reporting of the bracketed WFS Financial tradeline to reflect paid, as reflected in the enclosed WFS Financial letter dated February 26, 2004.

      Thank you.

                             KEVIN T. McBRAYER

Enclosure

**EXHIBIT 3**

File Number: 146657611
Page: 1 of 6
Date Issued: 11/04/2005

 TransUnion.

## Personal Information

Name: KEVIN T. MCBRAYER

SSN: XXX-XX-7660
Date of Birth: 05/1970
Telephone: 537-0723
Your SSN is partially masked for your protection.

You have been on our files since 05/1988

### CURRENT ADDRESS
Address: 1350 W DALE WY
PAHRUMP, NV 89060
Date Reported: 06/2002

### PREVIOUS ADDRESS
Address: 4300 W WILSON RD
PAHRUMP, NV 89048
Date Reported: 01/2001

Address: 861 W WILSON RD
PAHRUMP, NV 89048

### EMPLOYMENT DATA REPORTED

Employer Name: FIESTA HOTEL CASINO
Date Reported: 08/1997
Position:
Hired:

Employer Name: WORLD WIDE SECURITY
Location: LAS VEGAS, NV
Date Reported: 10/1994
Position:
Hired:

Employer Name: PIZZA HUT
Date Reported: 05/1990
Position:
Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

Consumer Credit Report for KEVIN T. MCBRAYER

File Number: 146657611
Page: 3 of 6
Date Issued: 11/04/2005

TransUnion.

**TNB-TARGET**
P O BOX 673
MAILSTOP 6CA
MINNEAPOLIS, MN 55416
(800) 659-2396

Loan Type: CHARGE ACCOUNT

Balance: $120
Date Updated: 10/2005
High Balance: $227
Credit Limit: $200
Terms: MINIMUM $20

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 11/2001

Late Payments (46 months): 30:4  60:0  90+:0   Last 46 months

| OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | 30 | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | | |
| sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | | |

**WFS FINANCIAL #518880109348**
PO BOX 19752
IRVINE, CA 92623-9752
(949) 727-1000

Loan Type: AUTOMOBILE
Remarks: CLOSED
Estimated date that this item will be removed: 03/2009

Balance: $0
Date Updated: 03/2004
High Balance: $0
Terms: 72 MONTHLY $515

Pay Status: >CHARGED OFF AS BAD DEBT<
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 11/1999
Date Closed: 06/2002

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**FST SECURITY BANK**
PO BOX 29704
PHOENIX, AZ 85038-9704
(800) 677-2962

Loan Type: AUTOMOBILE

Balance: $0
Date Updated: 12/1995
High Balance: $4,527
Terms: 36 MONTHLY $157

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: PRIMARY BORROWER ON ACCOUNT
Date Opened: 08/1994
Date Paid: 12/1995

**HOUSEHOLD FINANCE**
961 WEIGEL AVE
ELMHURST, IL 60126-1058
(800) 333-5848

Loan Type: NOTE LOAN
Remarks: CLOSED

Balance: $0
Date Updated: 11/2003
High Balance: $4,075
Terms: 48 MONTHLY $143

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2002
Date Closed: 08/2003

Late Payments (16 months): 30:0  60:0  90+:0   Last 16 months

| X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul |

**LAS VEGAS FINANCE**
PO BOX 691250
SAN ANTONIO, TX 78269-1250
(800) 233-8572

Loan Type: SECURED
Remarks: CLOSED

Balance: $0
Date Updated: 08/2005
High Balance: $300
Terms: 4 MONTHLY $74

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 12/1998
Date Closed: 05/1999

Late Payments (20 months): 30:0  60:0  90+:0   Last 20 months

| OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X | OK | OK | OK | OK | X | OK | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec |



PO Box 51470
Ontario, Ca. 91761
February 26, 2004

Kevin McBrayer
1350 W Dale Way
Pahrump, NV 89060

Re: Account # 8880109348

Dear Mr./Mrs./Ms. Kevin McBrayer,

As of 8/12/03, the above referenced account was Paid in full. This will be reported as "Paid" to all three major credit reporting agencies involved.

If you have any further questions regarding this account, please feel free to contact me at (800) 752-8533.ext 26051.

Sincerely,

Rochelle Garner
Loan Service Counselor
Email address: rochelle_garner@wfsfinancial.com

## experian

**Prepared for**
KEVIN T MCBRAYER

**Report number**
3352890349

**Report date**
June 12, 2006

www.experian.com/disputes
Call 1 800 509 8495

Page 2 of 12

### Potentially negative items or items for further review continued

| | | | | | |
|---|---|---|---|---|---|
| **LITTON LOAN SERVICING**<br>4828 LOOP CENTRAL DR<br>HOUSTON TX 77081<br>No phone number available<br>**Partial account number**<br>0000000001507.... | *Date opened*<br>Aug 2003<br>*Reported since*<br>Aug 2004 | *Date of status*<br>Feb 2006<br>*Last reported*<br>Apr 2006 | *Type*<br>Mortgage<br>*Terms*<br>30 Years<br>*Monthly payment*<br>$1,040 | *Responsibility*<br>Joint with LISA MCBRAYER | *Credit limit or original amount*<br>$92,650<br>*High balance*<br>NA | *Recent balance*<br>$90,986 as of Apr 2006 | Status: Open/Current, was past due 30 days.<br>Account history:<br>30 days as of Nov 2005 to Jan 2006, Aug 2005, Feb 2005, Jan 2005 |
| **TNB - TARGET**<br>PO BOX 9475<br>MINNEAPOLIS MN 55440<br>No phone number available<br>**Partial account number**<br>92506086....<br>*See History of account balances for additional information.* | *Date opened*<br>Nov 2001<br>*Reported since*<br>Apr 2003 | *Date of status*<br>Jun 2006<br>*Last reported*<br>Jun 2006 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>$20 | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$200<br>*High balance*<br>$227 | *Recent balance*<br>$116 as of Jun 2006 | Status: Open/Past due 30 days. $40 past due as of Jun 2006.<br>Account history:<br>60 days as of Mar 2006<br>30 days as of Jun 2006, Feb 2006, Nov 2005, Jun 2005, Jun 2004, Jan 2004 |
| **WFS FINANCIAL**<br>PO BOX 19657<br>IRVINE CA 92623<br>No phone number available<br>**Partial account number**<br>51888010.... | *Date opened*<br>Nov 1999<br>*Reported since*<br>Jan 2000 | *Date of status*<br>Feb 2006<br>*Last reported*<br>Feb 2006 | *Type*<br>Installment<br>*Terms*<br>72 Months<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$22,252<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Paid,Closed/Account charged off. $9,723 written off.<br>Account history:<br>Charge Off as of Feb 2006<br>30 days as of May 2002 |

EXHIBIT 4

0146423183

Consumer Credit Report for KEVIN T. MCBRAYER

File Number: 157056745
Page: 3 of 6
Date Issued: 06/13/2006

TransUnion.

**TNB-TARGET**
P O BOX 673
MAILSTOP 6CA
MINNEAPOLIS, MN 55416
(800) 659-2396

Balance: $89
Date Updated: 05/2006
High Balance: $227
Credit Limit: $200
Terms: MINIMUM $20

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 11/2001

Loan Type: CHARGE ACCOUNT
>Maximum delinquency of 60 days occurred in 02/2006<

Late Payments (48 months): 30: 6 | 60: 1 | 90+: 0
Last 48 months:

| OK | OK | 60 | 30 | OK | OK | 30 | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may |
| OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may |

**WFS FINANCIAL #518880109348**
PO BOX 19752
IRVINE, CA 92623-9752
(949) 727-1000

Balance: $0
Date Verified: 02/2006
High Balance: $22,252
Terms: 72 MONTHLY $515

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 11/1999
Date Closed: 06/2002
Date Paid: 08/2003

Loan Type: AUTOMOBILE
Remarks: >PAID PROFIT AND LOSS<
Estimated date that this item will be removed: 03/2009

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**CAPITAL ONE AUTO FINANCE #**
3905 DALLAS PKWY
DALLAS, TX 75093
(469) 241-7000

Balance: $3,771
Date Updated: 05/2006
High Balance: $5,591
Collateral: PFROM ONYX ACCEPTANCE CORPORATION
Terms: 60 MONTHLY $141

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 03/2004

Loan Type: AUTOMOBILE

Late Payments (07 months): 30: 0 | 60: 0 | 90+: 0
Last 7 months:

| OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|
| apr | mar | feb | '06 | dec | nov | oct |

**HOUSEHOLD FINANCE**
PO BOX 1547
CHESAPEAKE, VA 23327-1058
(800) 365-0175

Balance: $0
Date Updated: 11/2003
High Balance: $4,075
Terms: 48 MONTHLY $143

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2002
Date Closed: 08/2003

Loan Type: NOTE LOAN
Remarks: CLOSED

Late Payments (16 months): 30: 0 | 60: 0 | 90+: 0
Last 16 months:

| X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul |

**LAS VEGAS FINANCE**
PO BOX 691250
SAN ANTONIO, TX 78269-1250
(800) 233-8572

Balance: $0
Date Updated: 09/2005
High Balance: $300
Terms: 4 MONTHLY $74

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 12/1998
Date Closed: 05/1999

Loan Type: SECURED
Remarks: CLOSED

Late Payments (21 months): 30: 0 | 60: 0 | 90+: 0
Last 21 months:

| OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X | OK | OK | OK | OK | X | OK | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec |

**EXHIBIT 5**

P-3